UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
                                        +         Case No. 20-31547

Rodney Lee McCombs, II +

Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Hubbard Properties, Inc. aka Bradford Pines, the current landlord in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Brandon Sellers | Sabrina McKinney, Trustee |
| P.O. Box 432 | P.O. Box 173 |
| Greenville, AL 36037 | Montgomery, AL 36101 |

/s/ Larry Darby
Larry E. Darby